

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00150-CV

_____

STEVE PROCTOR, Appellant

V.

TEXAS MITCHELLS, LLC, Appellee

---

On Appeal from the 30th District Court
Wichita County, Texas
Trial Court No. DC30-CV2021-0861

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the "Unopposed Appellant's Motion to Dismiss Appeal."

We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  October 20, 2022